# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. VILLA, | ) NO. CV 08-8410 DMG (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| DOMINGO URIBE, JR., Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  September 28, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE